David Schied
P.O. Box 1378
Novi, Michigan 48376
248-347-1684

01-15-00466-CV

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 2 3 2015

CHRISTOPHER A. PRINE
CLERK

12/19/15

Attn: Mr. Christopher Prine, Clerk of the Court
c/o Court of Appeals for the First District of Texas
301 Fannin Street
Houston, Texas 77002-2066

Re: First follow up to our detailed phone discussion on 12/1/15; filing of documents in the Court of Appeals; request for return of time-stamped pages of documents being filed via SASE

Dear Mr. Prine,

I am writing in an initial follow up to our conversation a couple of weeks ago with regard to the status of the COA case, and your informing me about how to retrieve documents from over the Internet as public records for copies of documents – including the reported "Motion to Dismiss" filed by Appellee Robin Apostolakis that I told you was actually never "served" to me by any means whatsoever.

As usual, I have enclosed a SASE to be returned to me along with the enclosed significant cover pages for each of the documents I am filing as listed on the attached "*Certificate of Service*." In confirming your receipt of these documents in my filings, please take note as to which "exhibit" you shall find the referenced documents if applicable. I have attached eight (8) of the most relevant pages that I am filing and on which I am requesting time-stamps on each. These documents match the six itemized documents in the Certificate of Service, with two others reflecting the relevant information being filed that is not found on the cover pages of two of those filings. I ask that you promptly time-stamp and send back to me at once. Thank you.

Please also note that I will be following up further on other matters we discussed over the phone. I did want to get this instant "*Response*..." to the Court right away to address the FACT that so much time has gone by since Robin Apostolakis filed her "*Motion to Dismiss*" but failed to serve me with that motion. My next submission should arrive just before or just after Christmas Day.

Thank you.

Respectfully,

1